### · 16718. DORMINEY v. THE STATE.

LUKE, J. The defendant was convicted on the first count of an indictment which charged him with carrying a pistol "not in an open manner and fully exposed to view." There was ample evidence to support the verdict, and no error of law is shown by any of the special grounds of the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED NOVEMBER 11, 1925.

Conviction of carrying pistol unlawfully; from Berrien superior court—Judge Knight. June 10, 1925.

*William Story, Jeff. S. Story, Elsie H. Griner,* for plaintiff in error.

*H. C. Morgan,* solicitor-general, contra.